# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID FLORES-VAZQUEZ,<br><br>    Plaintiff<br><br>v.<br><br>JESUS ROMERO, et al.,<br><br>    Defendants | Case No.: 2:26-cv-00485-APG-MDC<br><br>**Order Remanding Case for Lack of Subject Matter Jurisdiction** |

The defendants removed this case from state court based on diversity jurisdiction. ECF No. 1. Because the complaint did not demand more than $75,000, I ordered the defendants to show cause why the case should not be remanded. ECF No. 6. The defendants' response does not show by a preponderance of the evidence that the amount in controversy exceeds $75,000. 28 U.S.C. § 1446(c)(2). Where "it is unclear what amount of damages the plaintiff has sought," "then the defendant bears the burden of actually proving the facts to support jurisdiction, including the jurisdictional amount." *Gaus v. Miles*, 980 F.2d 564, 566-67 (9th Cir. 1992). The defendants have not done so here. The only evidence they present is the traffic accident report, but that does not state facts that show the amount in controversy requirement is met. Indeed, the traffic report states that the plaintiff was not transported by ambulance, was not ejected or trapped, and the "injury severity" box is marked "0." ECF No. 11-1 at 5.

I THEREFORE ORDER that this case is remanded to the state court from which it was removed for all further proceedings. The clerk of the court is instructed to close this case.

DATED this 24th day of March, 2026.

                                      _____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE